

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00170-CV

---

IN THE MATTER OF S.A.W., A MINOR, APPELLANT

---

On Appeal from the County Court at Law No 1
Potter County, Texas
Trial Court No. 10451-1, Honorable W. F. (Corky) Roberts, Presiding

---

June 17, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, S.A.W., filed notice of appeal of the trial court's March 4, 2015 judgment. By letter dated April 16, 2015, S.A.W. was notified that a filing fee of $195 had not been paid, and giving him ten days to pay the fee. After S.A.W. failed to comply with this deadline, by letter dated May 12, this Court again notified S.A.W. that he was required to pay the filing fee. This letter informed S.A.W. that failure to pay the fee by June 1 could result in the appeal being dismissed pursuant to Texas Rule of Appellate Procedure 42.3(c). Subsequently, both the clerk and reporter requested extensions of time to file the record on the basis that S.A.W. had neither paid for preparation of the record nor made arrangements to pay for preparation of the record. By letter dated May

21, this Court again advised S.A.W. that he was required to pay the filing fee by June 1. The Court further directed S.A.W. to pay or make arrangements to pay for the appellate record by June 1. Despite three notices and a reasonable time in which to comply with this Court's request, S.A.W. has failed to pay the filing fee. As such, this Court is authorized to dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).

Consequently, this appeal is dismissed.


Mackey K. Hancock
Justice